

# Fourth Court of Appeals
## San Antonio, Texas

February 27, 2020

No. 04-19-00861-CV

**IN THE MATTER OF J.C.W.G.**

From the 454th Judicial District Court, Medina County, Texas
Trial Court No. 19-02-13115-CR
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

Appellant's second request for an extension of time to file his brief is GRANTED. Appellant's brief is due on or before **March 9, 2020**; however, no further extensions will be granted absent extenuating circumstances.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of February, 2020.

_____
Michael A. Cruz,
Clerk of Court